IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH
CAROLINA CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:14-CV-607-RJC-DCK

| | | |
|---|---|---|
| CATLIN SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JAFRUM INTERNATIONAL, INC., HELMET VENTURE, INC., and TEGOL, INC., | ) ) ) ) | |
| Defendants. | ) ) ) ) | **ORDER** |
| JAFRUM INTERNATIONAL, INC., | ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SENTINEL INSURANCE COMPANY and CHARLOTTE INSURANCE & FINANCIAL GROUP, LLC, | ) ) ) ) | |
| Third-Party Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Temporary Stay Of Proceedings" (Document No. 40) filed October 7, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Temporary Stay Of Proceedings" (Document No. 40) is **GRANTED**. This matter is **STAYED** until **December 16, 2015**, unless otherwise ordered.

**IT IS FURTHER ORDERED** that the parties shall have up to and including **December 16, 2015** to file a Status Report and a proposed scheduling order.

**SO ORDERED**.

Signed: October 7, 2015

David C. Keesler
United States Magistrate Judge