**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH
CAROLINA CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:14-CV-607-GCM-DCK**

| | |
|---|---|
| CATLIN SPECIALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAFRUM INTERNATIONAL, INC., )<br>HELMET VENTURE, INC., and )<br>TEGOL, INC., )<br>)<br>Defendants. )<br>)<br>JAFRUM INTERNATIONAL, INC., )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>SENTINEL INSURANCE COMPANY )<br>and CHARLOTTE INSURANCE & )<br>FINANCIAL GROUP, LLC, )<br>)<br>Third-Party Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Extension Of Temporary Stay Of Proceedings" (Document No. 42) filed December 16, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion. Further requests to extend time or stay these proceedings are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Extension Of Temporary Stay Of Proceedings" (Document No. 42) is **GRANTED**. This matter is **STAYED** until **February**

**16, 2016**, unless otherwise ordered.

**IT IS FURTHER ORDERED** that the parties shall have up to and including **February 16, 2016** to file a Status Report and a proposed scheduling order.

**SO ORDERED**.

Signed: December 17, 2015

David C. Keesler
United States Magistrate Judge