IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:14-CV-607-GCM-DCK

CATLIN SPECIALTY INSURANCE COMPANY, )
                 Plaintiff, )
                 )
v. )
                 )
JAFRRUM INTERNATIONAL, INC., et al. )
                 Defendants. )

## **ORDER**

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the pending Motion for Summary Judgment, IT IS HEREBY ORDERED that the trial in this matter is RE-SET for **September 10, 2018.**

IT IS SO ORDERED.

Signed: May 10, 2018

Graham C. Mullen
United States District Judge