IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-607-GCM

| | | |
|---|---|---|
| CATLIN SPECIALTY INSURANCE COMPANY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| JAFRUM INTERNATIONAL, INC., *et al*, | ) ) ) | |
| Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT UPON ITS OWN MOTION.

Due to the pending Motions for Summary Judgment, the trial in this matter is RE-SET for **October 15, 2018** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: August 7, 2018

Graham C. Mullen
United States District Judge