# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Catlin Specialty Insurance Company, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:14-cv-00607-GCM-DCK |
| vs. | |
| Tegol, Inc.<br>Helmet Venture, Inc.<br>Jafrum International, Inc.,<br>Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 11, 2018 Order.

September 11, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court